**UNITED STATES of America,
Plaintiff—Appellee,**

v.

**Rodrigo ENCISO–ACEVES, a/k/a Francisco Carreon Robles, a/k/a Manuel Lopez Casillas, a/k/a Manuel Morales Gonzalez, a/k/a Rodrigo Enciso Aceves, Defendant—Appellant.**

No. 99–50431.

D.C. No. CR–98–01218–CM–1.

United States Court of Appeals,
Ninth Circuit.

Submitted Feb. 12, 2001.[1]

Decided Feb. 21, 2001.

Before LEAVY, THOMAS, and RAWLINSON, Circuit Judges.

MEMORANDUM [2]

Rodrigo Enciso–Aceves appeals his conviction, pursuant to a guilty plea, and sentence for being a deported alien found in the United States in violation of 8 U.S.C. § 1326.

Relying on *Apprendi v. New Jersey,* 530 U.S. 466, 120 S.Ct. 2348, 147 L.Ed.2d 435 (2000), Enciso–Aceves contends that the district court erred when it increased his base offense level by 16 points, because the fact that his prior deportation followed an aggravated felony conviction was neither admitted nor proven beyond a reasonable doubt to a jury. He further contends that *Apprendi* calls into question the continuing validity of *Almendarez–Torres v. United States,* 523 U.S. 224, 118 S.Ct. 1219, 140 L.Ed.2d 350 (1998). Enciso–Aceves's contentions, however, are foreclosed by our recent decision in *United States v. Pacheco–Zepeda,* 234 F.3d 411, 413–14 (9th Cir.2000).

AFFIRMED.

---

1. The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

2. This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as may be provided by 9th Cir. R. 36–3.